# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7088                                             September Term, 2005

06cv00858

Tyrone Hurt,
    Appellant

v.

Metropolitan Police Department, Third District,
    Appellee



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 12/28/06
BY: [signature] Deputy Clerk
Filed On:
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED SEP 1 4 2006
CLERK

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

BEFORE:   Ginsburg, Chief Judge, and Henderson and Griffith, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia, the brief filed by appellant, and the supplement thereto. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motion for summary reversal, it is

**ORDERED** that the motion for summary reversal be denied. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order filed May 9, 2006 be affirmed. The district court did not abuse its discretion in dismissing the action without prejudice for noncompliance with Fed. R. Civ. P. 8(a). See, e.g., Ciralsky v. CIA, 355 F.3d 661, 668 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk